1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

9
10
11
12
13
14
15
16

| | |
|---|---|
| ACHIE CRANFORD, | **Case No.  1:14-cv-00252-JLT (PC)** |
| Plaintiff, | **ORDER DENYING PLAINTIFF'S REQUEST FOR A TEMPOERARY RESTRAINING ORDER AND FOR DISCOVERY** |
| v. | |
| ADAMS, | **(Docs. 6, 7)** |
| Defendant. | |

17    Plaintiff, Archie Cranford, is a civil detainee proceeding pro se and in forma pauperis in

18 this civil rights action pursuant to 42 U.S.C. § 1983.  On March 21, 2014, Plaintiff filed a motion

19 to begin discovery.  (Doc. 6.)  On March 24, 2014, Plaintiff filed a motion for a temporary

20 restraining order to be issued ordering Defendant Adams to stay at least 50,000 feet away from

21 Plaintiff and that Plaintiff be allowed to remain at CSH due to his medical concerns.  (Doc. 7.)

22    The analysis for a temporary restraining order is substantially identical to that for a

23 preliminary injunction, *Stuhlbarg Intern. Sales Co., Inc. v. John D. Brush and Co., Inc.*, 240 F.3d

24 832, 839 n.7 (9th Cir. 2001), and a "preliminary injunction is an extraordinary remedy never

25 awarded as of right."  *Winter v. Natural Resources Defense Council, Inc*., 555 U.S. 7, 24, 129

26 S.Ct. 365, 376 (2008) (citation omitted).  "A plaintiff seeking a preliminary injunction must

27 establish that he is likely to succeed on the merits, that he is likely to suffer irreparable harm in

28 the absence of preliminary relief, that the balance of equities tips in his favor, and that an

1

1  injunction is in the public interest." *Id.* at 374 (citations omitted).  An injunction may only be

2  awarded upon a *clear showing* that the plaintiff is entitled to relief.  *Id.* at 376 (citation omitted)

3  (emphasis added).

4      Federal courts are courts of limited jurisdiction.  Therefore, when considering a request

5  for preliminary injunctive relief, the Court is bound by the requirement it have before it an actual

6  case or controversy.  *City of Los Angeles v. Lyons*, 461 U.S. 95, 102, 103 S.Ct. 1660, 1665

7  (1983); *Valley Forge Christian Coll. v. Ams. United for Separation of Church and State, Inc.*, 454

8  U.S. 464, 471, 102 S.Ct. 752, 757-58 (1982).  If the Court does not have an actual case or

9  controversy before it, it has no power to hear the matter in question.  *Id.*  By separate order, the

10  Complaint in this action is being dismissed for failure to state a cognizable claim for violation of

11  Plaintiff's federal rights.  Thus, this Court currently lacks jurisdiction to issue and/or otherwise

12  consider Plaintiff's request for a temporary restraining order.

13      Plaintiff's request to begin discovery must likewise fail. The discovery phase of this

14  litigation is not yet open.  Plaintiff is directed to the fourth page of the First Informational Order,

15  which issued on February 26, 2014.  In that order, Plaintiff was specifically informed that he may

16  not conduct discovery until he has stated a cognizable claim, the defendant files a responsive

17  pleading, and the discovery order issues.  Plaintiff's request to open discovery at this time is

18  premature. Further, in his motion to open discovery, Plaintiff requests that Defendant be ordered

19  to answer the Complaint.  However, since, as previously stated, Plaintiff's Complaint has been

20  dismissed for his failure to state a cognizable claim in this action, this Court lacks jurisdiction to

21  issue and/or otherwise consider Plaintiff's motion and there is no pleading for Defendant to be

22  ordered to answer.

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

2

1        Accordingly, it is HEREBY ORDERED that Plaintiff's request to open discovery, filed

2  on March 21, 2014 (Doc. 6), and Plaintiff's motion for temporary restraining order, filed March

3  24, 2014 (Doc. 7), are DENIED without prejudice for lack of jurisdiction.

4

5  IT IS SO ORDERED.

6     Dated:   **March 26, 2014**                     **/s/ Jennifer L. Thurston**

7                                    UNITED STATES MAGISTRATE JUDGE